DOWNEY BRAND LLP
SHERRY HAUS (SBN 215123)
shaus@DowneyBrand.com
KEVIN J. ROONEY (SBN 282017)
krooney@DowneyBrand.com
FARAH AMJAD (SBN 346199)
famjad@DowneyBrand.com
ZACHARY STREIFF (SBN 307792)
zstreiff@DowneyBrand.com
KRYSTAN MILLER-CABALLERO (SBN 346478)
kcaballero@DowneyBrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000

LAW OFFICE OF THOMAS A. JOHNSON
THOMAS A. JOHNSON (Bar No. 119203)
taj@tomjohnsonlaw.com
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone: 916.442.4022

Attorneys for Defendant
SEAN LOLOEE



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAHRIAR "SEAN" LOLOEE, KARLA MONTOYA, MIRWAIS SHAMS, and AHMAD "SHAH" SHAMS,<br><br>Defendants. | Case No. 2:23-cr-0320 KJM<br><br>**DECLARATION OF SEAN LOLOEE IN RESPONSE TO OPPOSITION TO MOTION TO SUPPRESS SEARCH WARRANT EVIDENCE**<br><br>Judge: Hon. Kimberly J. Mueller<br>Date: October 21, 2024<br>Time: 9:00 am |

I, SEAN LOLOEE, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if sworn as a witness, could and would competently testify thereto.

2. I am the sole owner of three local "Viva Supermarket" grocery stores: "Viva Supermarket #1" or the "Norwood" store, "Viva Supermarket #2" or the "Marysville" Boulevard

store, and "Viva Supermarket #3" or the "Folsom" Boulevard store or "Rancho Cordova" store.

3. The three Viva Supermarket stores at all relevant times have been solely owned by me through three separate S corporations, rather than a single entity. The individual corporations are as follows: SL One Global, Inc. d/b/a "Viva Supermarket #1"; SMF Global, Inc. d/b/a "Viva Supermarket #2", and Nari Trading, Inc. d/b/a "Viva Supermarket #3." I am the sole owner and shareholder of these corporate entities, and I am also the President of each corporate entity. As far as my business ventures are concerned, "Viva Supermarket" is merely a business name and there is no parent corporation or other legal entity that owns, holds, controls, or maintains any interest in my stores.

4. In addition to the stores, I also own a separate building consisting only of offices, at 4750 and 4758 Duckhorn Drive (Subject Premises 6 and 7; for simplicity here, collectively, "Duckhorn"). Duckhorn consists of two adjacent and connected office suites under the same roof, which comprise my primary office space, and where I spend a significant part of each work day. Both these units were purchased in approximately 2014 by Food Plus LLC ("Food Plus"), an LLC of which I am the sole owner, member, and manager. Food Plus alone has continuously owned Duckhorn since approximately 2014.

5. I spend 12-13 hours a day running my grocery businesses from each of the stores and the Duckhorn office. Those hours are split across Duckhorn and each of the three stores. My days vary; I visit each store every week to varying degrees, sometimes once a week, sometimes several times a week. My management tasks include a majority of the buying for the stores, including choosing products, vendor selection, and negotiating with vendors on products. I work with each store's top manager (also known as the "store director"). I have authority over capital improvements. In addition, I write ads for the stores and I have some responsibility for determining item pricing.

6. More specific information related to each location is discussed below.

**4750 AND 4758 DUCKHORN**

7. **Food Plus LLC:** Duckhorn is solely and exclusively owned by me through Food Plus, LLC. I am the sole member and manager of Food Plus, LLC. Food Plus, in turn, provides



DOWNEY BRAND LLP

administrative services for SL One Global, Inc., SMF Global, Inc., and Nari Trading, Inc. Food Plus is separate from each and every one of these store entities. Mirwais Shams does not own any interest of any nature whatsoever, whether directly or indirectly through any corporate entity or otherwise, in any portion of the Duckhorn office or the other property of Food Plus, LLC. He works for Food Plus and holds no ownership interest in the business or the offices.

8. **Acquisition:** When acquiring Duckhorn, I alone personally guaranteed the loan to purchase the Duckhorn office and the computers and other equipment used there. I supplied the collateral for the loan and I remain to this day personally responsible for the loan repayment. I acquired the Duckhorn office and the equipment there for my personal use and for the use of Food Plus, LLC.

9. **Accessibility:** Duckhorn is not open to or accessible by the public, and the front doors at the 4750 address entrance are always kept locked, even during business hours. In fact, the door specific to 4758 Duckhorn has a marking stating to the public "Not An Entrance." (***See* Exhibit 2j.**) This second set of exterior doors is also kept locked. Duckhorn is open only to individuals who use Duckhorn as their typical workspace. Other than me, there are approximately three or four of us typically working at Duckhorn, including Mirwais Shams and Shah Shams. Individuals who do not typically work at the Duckhorn location are not free to enter Duckhorn or use any space within it without a specific invitation to do so.

10. **Personal Use:** I use Duckhorn daily as both my personal office and as an office to conduct various business functions. I exercise managerial and executive authority over the entire Duckhorn premises. I keep personal items at the Duckhorn office. At one point, I used 4750 Duckhorn as my personal address with the California DMV and as my mailing address for personal credit cards. A true and correct copy of my former California DMV driver's license, with some personal information redacted, is attached to this declaration as **Exhibit 1**. I eventually changed the mailing address for my personal bank statements to 4750 Duckhorn Dr., and still receive some personal mail there. I have received payment checks to me personally, completely unrelated to my businesses, at Duckhorn.



DOWNEY BRAND LLP

11. **Sleep and shelter:** During the City Council elections, I slept at Duckhorn several times a week and continued to do so after the elections. I also sheltered in place for some time at Duckhorn during part of the COVID-19 pandemic.

12. **Mirwais Shams:** During his work day, Mirwais Shams uses an office as his primary workspace in connection with his work for Food Plus LLC. While this is an area used by him, I also regularly enter and use this same office for personal and business related matters. Mr. Shams and I are the only individuals with keys to this interior office. I have access to all areas within this office, including the desk drawers. The computer that was seized from this office was purchased by me through Food Plus, LLC and is the exclusive property of Food Plus, LLC, of which I am the sole owner. I am aware that Mr. Shams uses this computer for both his work for Food Plus LLC and personal use, and also sometimes uses it to perform other tasks for me, personally, unrelated to his work for Food Plus LLC. Aside from business files, the computer in this office stores some private financial information relating to me and my family.

13. **Shah Shams:** At the time of the searches, Shah Shams, who also works for Food Plus LLC, had an interior office at Duckhorn that at that time served as his primary workspace. This office was locked. I was the only person other than Shah Shams with the key to this particular office. Shah Shams' primary site of work has shifted over time, and at present, he now primarily works in a locked managerial office at the Rancho Cordova market.

14. **Photographs:** A selection of recent photographs of the exterior and interior of Duckhorn is compiled within **Exhibit 2** to this declaration. These are true and correct copies of photographs which accurately represent the configuration of Duckhorn. The configuration of Duckhorn has not meaningfully changed since the government's search occurred.

## STORE LOCATIONS

15. Each of the store locations has approximately 3-4 non-public office spaces. Although the configurations vary, each store generally has a cashier office, manager's office, and a point of sale ("POS") office. In some instances one office may hold more than one of these functions. The cashier office and manager's office are generally located near to one another, are



DOWNEY BRAND LLP

both generally locked, and serve complementary functions. For this reason, I will refer to those two interrelated spaces as "**The Managerial Offices**."

16. **The Norwood Store:** The Norwood Store has the following relevant areas:

a. **Norwood Managerial Offices**

i. ***Cashier Office*:**

(1) **Security / Accessibility:** The cashier office (***see* Exhibit 3d**) is one of the most highly secured areas of the store. It is always kept locked. Specifically, the cashier office is generally only accessible through a locked door in an area that is itself locked (***see* Exhibits 3b and 3c**) from the public areas of the store. The outer door leading to the cashier office, on the side facing the public area, has an "Employees Only" placard (***see* Exhibit 3a**). The cashier office can be accessed only by having the keys to two separate locks. I have all keys necessary to access the cashier office. Other than me, only two or three individuals per store have the keys to the store's cashier office. At the time of the searches, I was the only person with the credentials to access all compartments of the safe located in the cashier office.

(2) **Duties:** The cashier office contains important and sensitive business documents. This office is where I review such documents, as needed. The cashier office is also home to the store's multi-compartment safe, which is kept locked at all times. At the time of the searches, the cashier office was also the site of the store's Western Union machines. Western Union services could be provided to the public through two windows. The windows were closed and shaded when not in use. This office was not and is not owned by Western Union and is not an "embedded" office. It is a store office that, at the time of the search, contained a Western Union machine that was used to serve customers. Together with the manager's office, which I use to meet and conduct business with others, this space comprises the Managerial Office of each store.

(3) **Personal Use:** Because of the secured nature of the cashier office, this is the area where I typically store my personal belongings, such as my wallet, keys, laptop, and similar valuables while working at the store.



DOWNEY BRAND LLP

ii. ***Manager's Office***:

(1) **Security / Accessibility**: The Norwood store manager's office is a locked, private office area. I have a key to the manager's office. The store director of this store also has a key to the manager's office and also has use of the office. Only the store director and me have the ability to open the lock on the manager's office, but other employees may be provided access by either of us to the extent needed for their job duties. A representative photograph of the Norwood manager's office is not available because the area has undergone significant renovation and change since the time of the searches.

(2) **Personal Use**: The manager's office is where I personally hold business meetings with vendors, managers, and others. Together with the cashier office, which I use to review paperwork and where I keep my personal effects, I consider this office my office for use at the store.

b. **Norwood Private Area**: The Norwood store has a private area ("private area") (***see* Exhibits 3i and 3j**) upstairs from the ground-floor Managerial Offices.

i. ***Security / Accessibility***: This area is highly secure because it is located in a locked upstairs location that is not accessed by the public.

ii. ***Personal Use***: I have at times slept in this private area in Norwood when working long hours. In addition, for the same reason, I kept personal property there, such a change of clothes and a sleeping bag. The Norwood store is the only store with this particular kind of private area.

c. **POS Office:** The Norwood store further has a POS office (***see* Exhibit 3g**), which is the site of a computer that controls the store's pricing and scheduling.

i. ***Security / Accessibility***: The POS office is kept locked and the keys are only available to me, each store's director, and one assisting manager. If the computers in the POS office were to be unplugged, the store would practically be unable to function because these computers control pricing and sales information. For this reason, the POS office is a highly secured area. Norwood is unique among the stores in that there is a separate office (***see* Exhibit 3h**) for the individual who handles the store's POS systems; this space is nearby but separate from



DOWNEY BRAND LLP

the POS office that houses the POS computers. It is equally secure to the main POS office at Norwood.

ii. ***Duties***: The POS office is in many ways the nerve center of the store. It is also an area where my work duties take me, because of its importance to the functioning of the store.

d. **Photographs:** A selection of recent photographs of the relevant areas within the Norwood Store is compiled within **Exhibit 3** to this declaration. These are true and correct copies of photographs which accurately represent the configuration of Norwood.

17. **The Marysville Store:** The Marysville Store has the following relevant areas:

a. **Marysville Managerial Offices**

i. ***Cashier Office***:

(1) **Security/Accessibility:** The cashier office (***see*** **Exhibits 4c and 4d**) is one of the most highly secured areas of the store. It is always kept locked. Specifically, the cashier office is generally only accessible through a locked door in an area that is itself locked from the public areas of the store (***see*** **Exhibits 4a and 4b**). The cashier office can be accessed only by having the keys to two separate locks. I have all keys necessary to access the cashier office. Other than me, only two or three individuals per store have the keys to the store's cashier office. At the time of the searches, I was the only person with the credentials to access all compartments of the safe located in the cashier office.

(2) **Duties:** The cashier office contains important and sensitive business documents. This office is where I review such documents, as needed. The cashier office is also home to the store's multi-compartment safe, which is kept locked at all times. At the time of the searches, the cashier office was also the site of the store's Western Union machines. Western Union services could be provided to the public through two windows. The windows were closed and shaded when not in use. This office was not and is not owned by Western Union and is not an "embedded" office. It is a store office that, at the time of the search, contained a Western Union machine that was used to serve customers. Together with the manager's office,



DOWNEY BRAND LLP

which I use to meet and conduct business with others, this space comprises the Managerial Office of each store.

(3) **<u>Personal Use</u>:** Because of the secured nature of the cashier office, this is the area where I typically store my personal belongings, such as my wallet, keys, laptop, and similar valuables while working at the store.

ii. ***Manager's / POS Office***:

(1) **<u>Security / Accessibility</u>:** The Marysville Store manager's office (*see* **Exhibit 4e**) is a locked, private office area that also serves the function of the POS office. Thus, unlike the Norwood Store, the Marysville Store's Managerial Offices combine these functions within the same room. I have a key to the Marysville manager's / POS office. The Marysville Store director generally also has a key to the manager's / POS office and also has use of the office.

(2) **<u>Personal Use</u>**: The manager's / POS office is the place at the Marysville Store where I personally hold business meetings with vendors, managers, and others. Together with the cashier office, which I use to review paperwork and where I keep my personal effects, I consider this office my office for use at the store.

b. **Photographs:** A selection of recent photographs of the relevant areas within the Marysville Store is compiled within **Exhibit 4** to this declaration. These are true and correct copies of photographs which accurately represent the configuration of Marysville.

18. **<u>The Rancho Cordova Store</u>:** The Rancho Cordova Store has the following relevant areas:

a. **Rancho Cordova Managerial Offices**

i. ***Cashier Office***:

(1) **<u>Security / Accessibility</u>:** The cashier office (*see* **Exhibit 5c**) is one of the most highly secured areas of the store. It is always kept locked. Specifically, the cashier office is generally only accessible through a locked door in an area that is itself locked from the public areas of the store (*see* **Exhibits 5a and 5b**). The cashier office can be accessed only by having the keys to two separate locks. I have all keys necessary to access the cashier



DOWNEY BRAND LLP

office. Other than me, only two or three individuals per store have the keys to the store's cashier office. At the time of the searches, I was the only person with the credentials to access all compartments of the safe located in the cashier office.

(2) **<u>Duties</u>:** The cashier office contains important and sensitive business documents. This office is where I review such documents, as needed. The cashier office is also home to the store's multi-compartment safe, which is kept locked at all times. At the time of the searches, the cashier office was also the site of the store's Western Union machines. Western Union services could be provided to the public through two windows. The windows were closed and shaded when not in use. This office was not and is not owned by Western Union and is not an "embedded" office. It is a store office that, at the time of the search, contained a Western Union machine that was used to serve customers. Together with the manager's office, which I use to meet and conduct business with others, this space comprises the Managerial Office of each store.

(3) **<u>Personal Use</u>:** Because of the secured nature of the cashier office, this is the area where I typically store my personal belongings, such as my wallet, keys, laptop, and similar valuables while working at the store.

ii. ***Manager's Office:***

(1) **<u>Security / Accessibility</u>:** The Rancho Cordova Store manager's office (***see* Exhibits 5h and 5i**) is a locked, private office area. I have a key to the manager's office. Shah Shams is the only other person with a key to the Rancho Cordova Store manager's office. .

(2) **<u>Personal Use</u>**: The manager's office is where I personally hold business meetings with vendors, managers, and others. Together with the cashier office, which I use to review paperwork and where I keep my personal effects, I consider this office my office for use at the store.

b. **POS Office:** The Rancho Cordova Store further has a POS office (***see* Exhibit 5d**), which is the site of a computer that controls the store's pricing and scheduling.



DOWNEY BRAND LLP

i. ***Security / Accessibility*:** The POS office is kept locked and the keys are only available to me, each store's director, and one assisting manager. If the computers in the POS office were to be unplugged, the store would practically be unable to function because these computers control pricing and sales information. For this reason, the POS office is a highly secured area.

ii. ***Duties*:** The POS office is in many ways the nerve center of the store. It is also an area where my work duties take me, because of its importance to the functioning of the store.

c. **Photographs:** A selection of recent photographs of the relevant areas within the Rancho Cordova Store is compiled within **Exhibit 5** to this declaration. These are true and correct copies of photographs which accurately represent the configuration of the Rancho Cordova Store.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of October, 2024, at Sacramento, California.

SEAN LOLOEE

DOWNEY BRAND LLP