ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
MATTHEW THUESEN
SAM STEFANKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>SHAHRIAR "SEAN" LOLOEE,<br><br>          Defendants. | CASE NO.  2:23-CR-00320 TLN<br><br>STIPULATION REQUESTING THE SETTING OF A CHANGE OF PLEA |

The parties request that this matter be placed on the Court's April 23, 2026 criminal calendar for a change of plea hearing.


Dated:  April 14, 2026                              ERIC GRANT
                                                    United States Attorney


                                                    /s/ Audrey B. Hemesath
                                                    AUDREY B. HEMESATH
                                                    MATTHEW THUESEN
                                                    SAM STEFANKI
                                                    Assistant United States Attorneys


Dated:  April 14, 2026                              /s/ THOMAS A. JOHNSON
                                                    THOMAS A. JOHNSON
                                                    Counsel for Defendant SHAHRIAR LOLOEE